# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARTIN J. WALSH,[1]<br>SECRETARY OF LABOR,<br>UNITED STATES DEPARTMENT OF LABOR,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>DEVILBISS LANDSCAPE ARCHITECTS, INC.,<br>a corporation, d/b/a DEVILBISS LANDSCAPE<br>ARCHITECTS; and PAUL DEVILBISS,<br><br>　　　　　　　Defendants. | Civil Action No.: 17-00354-MN |

## JOINT STATUS REPORT

In compliance with the Court's Order of May 17, 2021 (D.I. No. 83), the parties report that they are preparing this matter for trial. Plaintiff has provided Defendants with a draft of its proposed pretrial order, which Defendants are reviewing. The parties expect to submit the proposed pretrial order on or before June 16, 2021, per Local Rule 16.3 and the Court's Order of October 14, 2020 (no D.I. No.), along with any proposed jury instructions or interrogatories.

The following statements regarding settlement are provided in response to the Court's Order and are not admissions of any legal or factual issue by either party, and are not admissible in further proceedings. The parties conferred regarding settlement on December 2, 2020, January 7, 2021, and January 26, 2021. On all three occasions the discussions were by telephone and involved counsel for the Secretary, Matthew Epstein, and counsel for Defendants, William Sullivan and Wendel Hall. The December 2, 2020, call regarded planning for future discussions and lasted approximately 15 minutes. The calls in January 2021 each lasted approximately one-

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Secretary Walsh is substituted as the Plaintiff in this matter.

half hour and involved discussions of the parties' respective positions. These discussions did not result in a further exchange of settlement proposals.

    Respectfully,

| | |
|---|---|
| **DEVILBISS LANDSCAPE ARCHITECTS, INC., and PAUL DEVILBISS** | **UNITED STATES DEPARTMENT OF LABOR** |
| | Elena Goldstein<br>Acting Solicitor of Labor |
| /s/William D. Sullivan<br>William D. Sullivan<br>Sullivan Hazeltine Allinson LLC<br>919 N. Market St., Suite 420<br>Wilmington, DE  19801<br>Ph: (302) 428-8191<br>Fax: (302) 428-8195<br>e-mail: bsullivan@sha-llc.com | Oscar L.  Hampton III<br>Regional Solicitor |
| | /s/Matthew R. Epstein<br>Matthew R.  Epstein<br>Trial Attorney<br>PA Bar Id. No. 209387 |
| | Mailing Address: |
| Wendel V. Hall<br>The Hall Law Office, PLLC<br>1150 18th Street, N.W., Suite 1030<br>Washington, DC 20036<br>Tel: (202) 507-8862<br>Fax: (202) 744-3250<br>Email: wendel@halllawoffice.net | U.S. Department of Labor<br>Office of the Regional Solicitor<br>1835 Market Street<br>Mailstop SOL 22<br>Philadelphia, PA 19103 |
| | (215) 861-5122 (voice)<br>(215) 861-5162 (fax) |
| | epstein.matthew.r@dol.gov |
| | May 24, 2021 |